# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**STATEWIDE GUARDIAN AD LITEM OFFICE,**
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES, K.R.**, the mother, and
**W.R.**, the father,
Appellees.

No. 4D2023-1505

[November 30, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Stacey Schulman, Judge; L.T. Case No. 22-002122DP.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Sarah Todd Weitz, Senior Attorney, Appellate Division, of the Statewide Guardian ad Litem Office, Tallahassee, for appellant.

Kathleen K. Peña, Fort Lauderdale, for appellee K.R., the mother.

Linda M. Jaffe, Davie, for appellee W.R., the father.

Carolyn Schwarz of Children's Legal Services, Fort Lauderdale, for appellee Department of Children and Families.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., FORST and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***